**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HON. DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 06CR2347-DMS |
| Plaintiff, ) | |
| ) | **ORDER CONTINUING HEARING** |
| vs. ) | |
| ERIC PEREZ, ) | |
| Defendant. ) | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT THE HEARING IN THE INSTANT CASE BE CONTINUED FROM JANUARY 7, 2010, AT 10:00 a.m., TO JANUARY 29, 2010, AT 10:00 a.m.**

IT IS SO ORDERED

DATED: January 6, 2010

_____
HON. DANA M. SABRAW
United States District Judge

.